# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Mamadou L BAH

_____

Write the full name of each plaintiff.

-against-

Royal AIR Maroc

_____

_____

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____

(Include case number if one has been assigned)

## COMPLAINT

Do you want a jury trial?
☐ Yes     ☐ No

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☑   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____Mamadou L BAH_____, is a citizen of the State of
(Plaintiff's name)

_____New York states_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                    (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_Mamadou_        _Lamine_        _BAH_____
First Name          Middle Initial      Last Name

_442 Jackson avenue # 5H_____
Street Address

_Bronx_____   _NY_____   _10455_____
County, City                 State                Zip Code

_646 629 5430_____   _LsadioBAH1716 A1GMail.com_
Telephone Number              Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    *RoYoL AIR MoRoC*
First Name                          Last Name

*AIRLines*
Current Job Title (or other identifying information)

*1 RockeFeLLeR PLAZA*
Current Work Address (or other address where defendant may be served)

*New YoRk*                    *NY*                    *10020*
County, City                          State                          Zip Code

Defendant 2:    _____

First Name                          Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                          State                          Zip Code

Defendant 3:    _____

First Name                          Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                          State                          Zip Code

Defendant 4:

_____

First Name                              Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                    State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _AIRPORT Sekou TOURe CONAKRY_

Date(s) of occurrence: _05 . 17 . 2024_

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I'm Filling This Lawsuit against RoyaL AIR Maroc FoR Not Respecting The contract Between Them and me To Make me Travel SaFe me and my Luggages ALSO Harassment, DISCrimetion, CORRuption DISRespectFuL, ReKLess, Aggressive. on May 17 2024 I was coming Back From ConaKRy To New YORK with Two Bags one FoR check in one FoR carry on That what I Have in The contract on my Ticket and FRom The check Luggages They Telled me They ALLowed me only one Bag ANYThing more Than one Bag Must Be Paid Cash AT The Same Time I ASK FoR The Supervisor FoR HeLP He come I show Him MY Ticket I have Two Bags one FoR check in one FoR carry on He Saying NO ANYThing

Page 5

more Than one Bag Must Be paid $205 Dollars cash carry on Not carry on Must Be paid OR Return The Bag OR Miss your Flight and Threatened me To Get off To HIS Face He Have a lot oF customer OR He gonna Call The police To ARRest me He Tell me Im Not american This IS Not america It IS AFRICa He is Harossing me DISCRImotion against me DISRespectful, Misleading me I paid The $205 Dollars cash an I Tell The Supervisor IF I come Back To united States Im gonno File complant sue Royol AIR Maroc He saying I DO Not care IT IS MY Right To sue Them

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

since This ATTack Happened was a Nightmares For me I have a sleep Disorder, post Traumatic stress ANY Time I Think about This ATTack I have Health problem

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Because FoR ALL This emotional DISTReSS Im Asking The court 10 MiLLions Dollars FoR punitive Damages Thank you.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

_08  15  2024_
Dated

_~~~~~~~_
Plaintiff's Signature

_Mamadou_          _Lamine_     _BAH_
First Name         Middle Initial     Last Name

_442  Jackson  avenue  #5H_
Street Address

_Bronx_                _NY_          _10455_
County, City                State          Zip Code

_____          _____
Telephone Number                 Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.