UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAMADOU LAMINE BAH,

                                    Plaintiff,

            -against-

ROYAL AIR MAROC,

                                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2025

**POST-CONFERENCE ORDER**

**24-CV-6515 (VSB) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On April 21, 2025, the parties appeared before the undersigned for an initial case management conference.  As discussed at the conference and set forth below:

Defendant shall file its Motion to Dismiss **by May 27, 2025**.  Plaintiff shall file his opposition **by June 27, 2025**.  Defendant shall file its reply **by July 15, 2025**.  Defendant is reminded it must file an affidavit of service on Plaintiff of all filings with the Court.

Discovery shall be stayed pending a ruling on the Motion and Dismiss and shall be completed within 90 days of a ruling on the motion or, if later and if applicable, the filing of an amended complaint.

Pro se Plaintiff is reminded that there is a legal clinic in this District available to assist pro se parties in civil cases.  The Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court.  The Clinic operates on-site at the U.S. District Court for the Southern District of New York's Manhattan courthouse at 40 Foley Square, New York, NY 10007, and the White Plains courthouse on occasion.  Litigants in need of legal assistance are encouraged to make an appointment by completing the City Bar Justice Center's intake form available at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.  If a litigant has questions about the intake form or needs to highlight an urgent deadline, the clinic can be contacted by phone at 212-382-4794 or email at

fedprosdny@nycbar.org.  In-person appointments in the Thurgood Marshall Courthouse in Manhattan and the Charles L. Brieant Jr. Federal Building and Courthouse in White Plains are available Monday through Thursday, 10am to 4pm.  Appointments are also available remotely Monday through Friday, 10am to 4pm.

**The Clerk of Court is respectfully directed to mail a copy of this order to the Plaintiff.**

**SO ORDERED.**

Dated: April 21, 2025
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

2