UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAMADOU LAMINE BAH,

Plaintiff,

-against-

ROYAL AIR MAROC,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/4/2026____

**ORDER**

**24-CV-6515 (VSB) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On February 3, 2026, Plaintiff filed a letter requesting that the Court grant him an extension of time to amend his complaint after the undersigned recommended granting Defendant's motion to dismiss. (ECF No. 23) Plaintiff's request to amend his complaint is DENIED. However, Plaintiff is reminded that pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, he has until February 6, 2026 to file written objections to the Report and Recommendation should he elect to do so. Further, any requests for an extension of time for filing objections must be addressed to the Honorable Vernon S. Broderick.

**The Clerk of Court is respectfully directed to mail a copy of this order to the Plaintiff.**

**SO ORDERED.**

Dated: February 4, 2026
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge